NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

2022-1325, 2022-1327

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00878, IPR2020-00896, IPR2020-00897.

## JUDGMENT

ANGELA M. OLIVER, Haynes and Boone, LLP, Washington, DC, argued for appellant.  Also represented by DEBRA JANECE MCCOMAS, ANDREW S. EHMKE, Dallas, TX.

BRIAN DAVID LEDAHL, Russ August & Kabat, Los Angeles, CA, argued for cross-appellant.  Also represented by MARC A. FENSTER, NEIL RUBIN, JAMES S. TSUEI.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2023
Date

Jarrett B. Perlow
Clerk of Court